# JACKOWIAK LAW OFFICES

20 NORTH CLARK STREET – SUITE 1700
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 795-9595
FACSIMILE (312) 795-1949

July 2, 2013

*via first-class mail*

Patrick J. Ruberry
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, Illinois 60606

Re: <u>Burnos v. Village of Crestwood, et al.,</u> 12 C 484

Dear Patrick,

Enclosed please find the following:

- Plaintiffs' Amended Rule 26(a)(1) disclosures
- Bates Labeled documents P1-P24
- Plaintiffs' First Set of Interrogatories and Requests for Production to all Defendants
- Draft HIPAA Protective order (for your review, so we can produce medical records and bills) (also will be emailed to you).

Also, Plaintiffs filed a Second Amended Complaint on February 18, 2013. Defendants' Answer to the Complaint is months overdue. The most recent Court ordered deadline for Defendants to file an Answer has passed. You indicated today on the phone that you would likely file an Answer by July 15. That is ok, however, further delay is excessive. I really do not want to have to bring a motion or seek court intervention. However, I have to advocate for my clients' interests to move the case along without further significant delay. I appreciate your cooperation.

Sincerely yours,

Sara Garber

Enclosures